UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14cr0221-MMA-4 |
|---|---|
| Plaintiff, | **PRELIMINARY ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| VEOVANH INSIXENGMAY (4), | |
| Defendant. | |

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named defendant, VEOVANH INSIXENGMAY (4) ("Defendant"), pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as charged in the Superseding Indictment; and

WHEREAS, on or about March 17, 2015, Defendant pleaded guilty before Magistrate Judge Barbara Lynn Major to Counts 1 and 6 of the Superseding Indictment, which plea included consents to the forfeiture allegations of the Superseding Indictment, and all properties seized from him, including forfeiture of the following:

1. One Ruger .22 caliber handgun, serial number 16-78263i

2.     One Sig Sauer P238 .380 caliber handgun, with an obliterated serial number; and

3.     $3,849.00 in U.S. Currency; and

WHEREAS, on April 2, 2015 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the above-referenced properties, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take control of the above-referenced properties which were found forfeitable by the Court; and

WHEREAS, the San Diego Police Department has custody and control of the firearms: One Ruger .22 caliber handgun, serial number 16-78263i, and One Sig Sauer P238 .380 caliber handgun, with an obliterated serial number; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     Based upon the guilty pleas of the Defendant, all right, title and interest of Defendant VEOVANH INSIXENGMAY (4) in the following firearms are hereby forfeited to the United States: One Ruger .22 caliber handgun, serial number 16-78263i, and One Sig Sauer P238 .380 caliber handgun, with an obliterated serial number, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c).

IT IS FURTHER ORDERED that because the firearms are in the possession of the San Diego Police Department, no ancillary proceedings are required as to these firearms and the San Diego Police Department shall dispose of them according to law.

IT IS FURTHER ORDERED:

2. Based upon the guilty pleas of the Defendant, all right, title and interest of Defendant VEOVANH INSIXENGMAY (4) in $3,849.00 in U.S. Currency is forfeited to the United States pursuant to Title 21, United States Code, Section 853.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings as to the currency consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the currency must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the currency, shall be

signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited currency and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the currency, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Criminal Forfeiture pursuant to 21 U.S.C. § 853(n) as to the forfeited currency, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be final as to the Defendant and is part of the sentence and included in the judgment.

**IT IS SO ORDERED**.

DATED: November 10, 2015

_____
Hon. Michael M. Anello
United States District Judge